UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rodney Young

        Plaintiff(s),

   v.

City of Napa

        Defendant(s).

No. C 07-5228 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 18, 2007

Signature: [signed]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")