Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplsf.com
       mark@dplsf.com

Attorneys for Plaintiff
RODNEY YOUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY YOUNG,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF NAPA,<br><br>   Defendants. | Case No. C 07 5228 BZ<br><br>**PROOF OF SERVICE OF SUMMONS & COMPLAINT** |

Dated: October 24, 2007

DUCKWORTH · PETERS · LEBOWITZ LLP

By: _____,
     Noah D. Lebowitz
     Attorneys for Plaintiff Rodney Young

- 1 -
PROOF OF SERVICE OF SUMMONS & COMPLAINT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10/19/2007 |
| NAME OF SERVER (PRINT) Anita Bennett | TITLE | Registered Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
    1115 Seminary Street, Napa, CA 94559

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
    Personal service on Marissa Sanchez, office assistant authorized to accept on behalf of City of Napa, at 2:00 PM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $141.40 | TOTAL $141.40 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/22/2007
                Date

*Signature of Server*

75 Columbia Square, San Francisco, CA 94103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.