JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

MICHAEL W. BARRETT (SBN 155968)
City Attorney
DAVID C. JONES (SBN 129881)
Deputy City Attorney
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA  94559
Phone: 707.257.9516
Fax:    707.257.9274

Attorneys for Defendant City of Napa

NOAH D. LEBOWITZ (SBN 194982)
DUCKWORTH PETERS LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, CA  94104
Phone: (415) 433-0333
Fax:    (415) 449-6556

Attorneys for Plaintiff Rodney Young

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NAPA,<br><br>　　　　　Defendant. | Case No. CV 07-05228 WHA<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

The parties to the above-captioned matter, by and through their respective undersigned counsel, hereby stipulate to and request an order to continue the initial case management conference. The parties state the following grounds for this request:

1.　This case was originally assigned to United States Magistrate Judge Bernard Zimmerman.

2. On October 12, 2007, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. The Order contained the following deadlines:

    3/3/2008 – Initial Case Management Conference;

    2/25/2008 – Last day to file Rule 26(f) Report, etc.;

    2/11/2008 – Last day to meet and confer; and file Joint ADR Certification, etc.

3. By order dated December 13, 2007, the Court reassigned this action to the Honorable William H. Alsup for all further proceedings. Thereafter, the initial case management conference was reset to January 17, 2008, and all other deadlines in the scheduling order remain in effect.

4. By order dated January 3, 2008, the Court reset the case management conference to January 31, 2008.

5. Counsel for Plaintiff is unavailable on January 31, 2008.

6. Given that the parties will meet and confer regarding initial disclosures, the ADR process, and further discovery plan issues in early February and will file their Rule 26(f) Report and complete initial disclosures in late February, the parties request, in the interest of judicial economy and economy of the parties, that the Court vacate the current Case Management Conference and reset the conference for a date after February 25, 2008. The parties will file a joint case management conference statement in advance, pursuant to order of the court or local rule.

DATED: January 9, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By:    /s/ Julie Raney
    JULIE RANEY
Attorneys for Defendant City of Napa

DATED: January 8, 2008

DUCKWORTH PETERS LEBOWITZ LLP

By:    /s/ Noah D. Lebowitz
    NOAH D. LEBOWITZ
Attorneys for Plaintiff Rodney Young

/ / /

/ / /

/ / /



STIP. & ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE    1065573v1 03733/0044

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED that the Initial Case Management Conference is continued to _____, 2008.

DATED: January ___, 2008

_____
JUDGE OF THE U.S. DISTRICT COURT