IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY YOUNG, | No. C 07-05228 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| CITY OF NAPA, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Case Management Conference previously set for January 17, 2008 at 11:00 a.m. has been rescheduled for **January 17, 2008 at 2:30 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 9, 2008                     FOR THE COURT,

                                            Richard W. Wieking, Clerk

                                            By: /s/ Dawn Toland
                                                Dawn Toland
                                                Courtroom Deputy to the
                                                Honorable William Alsup