# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Young,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>City of Napa,<br><br>                    Defendant(s). | 07-05228 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Jean C. Gaskill**
> Attorney at Law
> 1251 Bay St.
> Alameda, CA 94501
> 510-521-7108

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05228 WHA MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: February 12, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05228 WHA MED                          - 2 -