UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 7, 2008

Case No.  C 07-05228 WHA

Title: RODNEY YOUNG  v. CITY OF NAPA

Plaintiff Attorneys: Noah Lebowitz

Defense Attorneys: Julie Raney

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 2/25/08

Discovery Cutoff: 10/3/08

Designation of Experts: 10/3/08

Last Day to File Motion: 11/20/08

Continued to _ for Further Case Management Conference

Continued to  **1/26/09 at 2:00 pm**  for Pretrial Conference

Continued to  **2/9/09 at 7:30 am**  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.