Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiff
RODNEY YOUNG


JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.3249


MICHAEL W. BARRETT (SBN 155968)
City Attorney
DAVID C. JONES (SBN 129881)
Deputy City Attorney
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA 94559
Phone: 707.257.9516
Fax:    707.257.9274

Attorneys for Defendant City of Napa

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NAPA,<br><br>    Defendants. | Case No. C 07 5228 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING 30-DAY CONTINUANCE TO COMPLETE MEDIATION** |

   WHEREAS, the parties attended the initial case management conference in this case on

February 7, 2008 after which the Court referred the case to the ADR Unit for mediation;

- 1 -

1    WHEREAS, per ADR Local Rule 6-4, the deadline for the parties to complete mediation is May 7, 2008;

WHEREAS, the Case Management Order set the Initial Disclosure date for February 25, 2008, two weeks after the case management conference;

WHEREAS, the parties made their initial disclosures in accordance with the deadline in the Case Management Order and have not propounded any formal discovery nor taken any depositions;

WHEREAS, the parties held their initial pre-mediation conference call on March 4, 2008 at 10:30 a.m. with assigned mediator Jean Gaskill;

WHEREAS, during the pre-mediation conference call, it was concluded by all parties that no meaningful mediation could take place until certain key depositions could take place and that Julie Raney, counsel for Defendant, will be in trial from April 11 to 25, 2008;

WHEREAS, the parties agreed that June 5, 2008 was a date which held the most promise for a successful mediation;

WHEREAS, no previous extensions of time have been requested by either party;

THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES that the original deadline for completion of mediation be CONTINUED for 30-days until June 6, 2008.

Dated:  March  10, 2008            DUCKWORTH · PETERS · LEBOWITZ LLP

By:_____/s/_____,
        Noah D. Lebowitz
Attorneys for Plaintiff Rodney Young


DATED:  March _10, 2008            McDONOUGH HOLLAND & ALLEN PC
                                   Attorneys at Law


By: _____/s/_____
        Julie Raney
Attorneys for Defendant City of Napa

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefor,

The deadline for the parties to complete mediation is continued for 30-days to June 6, 2008.

IT IS SO ORDERED.

DATED: March ___, 2008

_____
HON. WILLIAM H. ALSUP
JUDGE OF THE U.S. DISTRICT COURT

235 Montgomery Street, Suite 1010
San Francisco, CA 94104
415-433-0333   415-449-6556 (Fax)