1 Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
2 DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
3 San Francisco, California  94104
Telephone: (415) 433-0333
4 Facsimile: (415) 449-6556

5 Attorneys for Plaintiff
RODNEY YOUNG
6

7 JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
8 Attorneys at Law
555 Capitol Mall, 9th Floor
9 Sacramento, CA  95814
Phone: 916.444.3900
10 Fax:    916.444.3249
11

12 MICHAEL W. BARRETT (SBN 155968)
City Attorney
13 DAVID C. JONES (SBN 129881)
Deputy City Attorney
14 CITY OF NAPA
P.O. Box 660
15 955 School Street
Napa, CA  94559
16 Phone: 707.257.9516
Fax:    707.257.9274
17

18 Attorneys for Defendant City of Napa

19                UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21

22 RODNEY YOUNG,                          Case No.  C 07 5228 WHA

23     Plaintiff,

24 v.                                      **STIPULATION AND [PROPOSED]
                                           ORDER GRANTING 30-DAY
25 CITY OF NAPA,                           CONTINUANCE TO COMPLETE
                                           MEDIATION**
26     Defendants.

27

28        WHEREAS, the parties attended the initial case management conference in this case on

February 7, 2008 after which the Court referred the case to the ADR Unit for mediation;

235 Montgomery Street, Suite 1010
San Francisco, CA  94104
415-433-0333    415-449-6556 (Fax)

255 Montgomery Street, Suite 1010
San Francisco, CA 94104
415-433-0333    415-449-6556 (Fax)

1  WHEREAS, per ADR Local Rule 6-4, the deadline for the parties to complete mediation

2  is May 7, 2008;

3  WHEREAS, the Case Management Order set the Initial Disclosure date for February 25,

4  2008, two weeks after the case management conference;

5  WHEREAS, the parties made their initial disclosures in accordance with the deadline in

6  the Case Management Order and have not propounded any formal discovery nor taken any

7  depositions;

8  WHEREAS, the parties held their initial pre-mediation conference call on March 4, 2008

9  at 10:30 a.m. with assigned mediator Jean Gaskill;

10  WHEREAS, during the pre-mediation conference call, it was concluded by all parties that

11  no meaningful mediation could take place until certain key depositions could take place and that

12  Julie Raney, counsel for Defendant, will be in trial from April 11 to 25, 2008;

13  WHEREAS, the parties agreed that June 5, 2008 was a date which held the most promise

14  for a successful mediation;

15  WHEREAS, no previous extensions of time have been requested by either party;

16  THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE

17  PARTIES that the original deadline for completion of mediation be CONTINUED for 30-days

18  until June 6, 2008.

19

20  Dated:  March  10, 2008                    DUCKWORTH · PETERS · LEBOWITZ LLP

21                                             By:_____/s/_____,
                                                       Noah D. Lebowitz
22                                             Attorneys for Plaintiff Rodney Young

23

24  DATED:  March _10, 2008                    McDONOUGH HOLLAND & ALLEN PC
                                               Attorneys at Law
25

26                                             By: _____/s/_____
                                                       Julie Raney
27                                             Attorneys for Defendant City of Napa

28

1

## **ORDER**

2          Having read the foregoing Stipulation and good cause appearing therefor,

3          The deadline for the parties to complete mediation is continued for 30-days to June 6,

4   2008.

5          IT IS SO ORDERED.

6

7   DATED:  March __11__, 2008



8                                                HON. WILLIAM H. ALSUP
                                             JUDGE OF THE U.S. DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

255 Montgomery Street, Suite 1010
San Francisco, CA  94104
415-433-0333    415-449-6556 (Fax)

- 3 -