**FILED**
JUN 0 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Young,

    Plaintiff(s),

v.

City of Napa,

    Defendant(s).

No. C 07-05228 WHA MED

**Certification of ADR Session**

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 5/27/08

2. Did the case settle?  ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: 5/27/08

Mediator, Jean C. Gaskill
Attorney at Law
1251 Bay St.
Alameda, CA 94501

Certification of ADR Session
07-05228 WHA MED