Noah D. Lebowitz [SBN 194982]
Mark C. Peters [SBN 160611]
DUCKWORTH · PETERS · LEBOWITZ LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
E-mail: noah@dplsf.com
       mark@dplsf.com

Attorneys for Plaintiff
RODNEY YOUNG

JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.3249

MICHAEL W. BARRETT (SBN 155968)
City Attorney
DAVID C. JONES (SBN 129881)
Deputy City Attorney
CITY OF NAPA
P.O. Box 660
955 School Street
Napa, CA 94559
Phone: 707.257.9516
Fax:    707.257.9274

Attorneys for Defendant City of Napa

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY YOUNG,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF NAPA,<br><br>   Defendants. | Case No. C 07 5228 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br>  [F.R.Civ.P. 41(a)(1)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to this action hereby agree and STIPULATE that the case be DISMISSED WITH PREJUDICE. Each side to bear their own fees and costs.

Dated:  June 14, 2008                    DUCKWORTH · PETERS · LEBOWITZ LLP

By: _____*/s/ Noah D. Lebowitz*_____
      Noah D. Lebowitz
Attorneys for Plaintiff Rodney Young

DATED:  June 14, 2008                    McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____*/s/ Julie Raney*_____
      Julie Raney
Attorneys for Defendant City of Napa

### **ORDER**

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED.

DATED:  June __, 2008

_____
HON. WILLIAM H. ALSUP
JUDGE OF THE U.S. DISTRICT COURT